# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS TEHAN, on behalf of himself and all others similarly situated, | ) | Case No. 6:23-cv-03129-SRB |
| | ) | |
| | ) | **CLASS ACTION** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MTC HOLSTERS, LLC, d/b/a CROSSBREED HOLSTERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS

Pursuant to Federal Rules of Civil Procedure Rule 23(e), and as supported in the Suggestions in Support and accompanying exhibits including the Settlement Agreement filed herewith, Plaintiff moves for entry of an Order directing notice of the proposed class action settlement of this Action and scheduling a hearing to consider final approval of the Settlement. Defendant MTC Holsters, LLC d/b/a Crossbreed Holsters does not oppose this Motion. For the reasons set forth in the accompanying Suggestions in Support, Plaintiff respectfully requests that the Court enter the proposed Preliminary Approval Order submitted contemporaneously herewith.

Dated:  October 15, 2024

Respectfully Submitted,

By: */s/ Laura Van Note*
    Laura Van Note, Esq., MO# 66292
    **COLE & VAN NOTE**
    555 12th Street, Suite 2100
    Oakland, California 94607
    Telephone: (510) 891-9800
    Facsimile:  (510) 891-7030
    Email:      lvn@colevannote.com

1