UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOUIS TEHAN, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 6:23-cv-03129-SRB |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MTC HOLSTERS, LLC, d/b/a CROSSBREED HOLSTERS, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION TO APPEAR REMOTELY FOR SCHEDULING CONFERENCE

Plaintiff Louis Tehan ("Plaintiff") and Defendant MTC Holsters, LLC d/b/a Crossbreed Holsters, ("Defendant") (collectively the "Parties") by their respective undersigned counsel, move the Court for an Order permitting counsel to appear remotely via Zoom or telephone for the Hearing for Preliminary Approval of Class Action Settlement scheduled for November 12, 2024, at 1:00 p.m. in Kansas City, Missouri.

Lead counsel for both Parties are located outside of the State of Missouri and would be required to travel in order to attend the conference in person.

In addition, Plaintiff's counsel is mindful that the costs and expenses incurred in prosecuting this case may eventually be subtracted from compensation that would otherwise go to Class Members and has an obligation to the putative class to minimize those expenses to the extent possible.

1

WHEREFORE, the Parties respectfully request that the Parties be permitted to appear remotely for the November 12, 2024 Hearing for Preliminary Approval of Class Action Settlement.

Dated: October 21, 2024        Respectfully Submitted,

By: /s/ Laura Grace Van Note
    Laura Van Note, Esq., MO# 66292
    **COLE & VAN NOTE**
    555 12th Street, Suite 2100
    Oakland, California 94607
    Telephone: (510) 891-9800
    Facsimile: (510) 891-7030
    Email:    lvn@colevannote.com

*Attorneys for Plaintiff Louis Tehan*

Dated: October 21, 2024

By: /s/ Kathryn Honecker
    Kathryn Honecker, Esq., *
    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    2929 North Central Ave., Suite 1700
    Phoenix, AZ 85012
    Telephone: (602) 385-1040
    Facsimile: (602) 385-1051
    Email:    kathryn.honecker@lewisbrisbois.com

*Attorneys for Defendant*
*Admitted Pro Hac Vice

2

Case 6:23-cv-03129-SRB   Document 49   Filed 10/21/24   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I filed the above Joint Motion to Appear Remotely for the Scheduling Conference using the Court's electronic filing system which sent notice to all counsel of record.

*/s/ Laura Grace Van Note*
*Laura Van Note, Esq.*