UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LOUIS TEHAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MTC HOLSTERS, LLC, d/b/a CROSSBREED HOLSTERS,<br><br>Defendant. | Case No. 6:23-cv-03129-SRB<br><br>**CLASS ACTION** |

**STIPULATION AND [PROPOSED] ORDER CORRECTING ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DOC. 51)**

The parties, by and through their counsel of record, stipulate as follows:

1. This matter was filed on April 27, 2023.

2. The parties ultimately entered into a Settlement Agreement and Plaintiff filed an Unopposed Motion for Preliminary Approval and to Direct Notice of Proposed Settlement to the Class. (Doc. 46)

3. This Court granted the Motion and entered an Order Granting Preliminary Approval of Class Action Settlement on November 4, 2024. (Doc. 51)

4. Following the Court's entry of the Order, Class Counsel learned of a ministerial error regarding certain dates within the Order and now seeks to correct errata.

5. Paragraph 9 of the Order states that Defendant Crossbreed shall provide the Settlement Administrator a Class List within 30 days. Pursuant to ¶5.2 of the Settlement Agreement (Doc. 47-1), the parties correct the Order to indicate that Crossbreed shall provide the Settlement Administrator the Class List within 10 days.

1

6. Paragraphs 10 and 14 of the Order currently state that Settlement Class Members will have 90 days from the Notice Date to submit claim forms. Pursuant to ¶1.5 of the Settlement Agreement, the parties correct the Order to indicate that Settlement Class Members shall have 45 days to submit claims.

7. A corrected Proposed Order is attached hereto as **Exhibit A.**

IT IS SO STIPULATED.

Dated: November 8, 2024

/s/ Laura Van Note
Laura Van Note, MO # 66292
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: lvn@colevannote.com

*Attorney for Plaintiff Louis Tehan
and the Settlement Class*

Dated: November 8, 2024

/s/ Kathryn Honecker (with permission)
Kathryn Honecker, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD
& SMITH LLP
2929 N Central Avenue, Suite 1700
Phoenix, AZ 85012
Telephone: (602) 385-1040
Email: khonecker@lewisbrisbois.com

Alan L. Rupe, MO #56013
LEWIS BRISBOIS BISGAARD
& SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone: (816) 299-4244
Facsimile: (816) 299-4245
Email: alan.rupe@lewisbrisbois.com

Jon P. Kardassakis, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD
& SMITH LLP
633 W 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone: (213) 250-1800
Email: jon.kardassakis@lewisbrisbois.com

*Attorneys for Defendant MTC Holsters, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 08, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

                                      /s/Laura Grace Van Note
                                      Laura Grace Van Note, Esq.