UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LOUIS TEHAN, on behalf of himself and all others similarly situated, | Case No. 6:23-cv-03129-SRB |
| Plaintiff, | CLASS ACTION |
| v. | |
| MTC HOLSTERS, LLC, d/b/a CROSSBREED HOLSTERS, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to Federal Rules of Civil Procedure Rule 23(e), and as supported in the Suggestions in Support and accompanying exhibits including the Settlement Agreement filed herewith, Plaintiff moves for entry of an Order (1) Granting Final Approval Of Class Action Settlement; (2) Awarding Attorneys' Fees And Costs To Class Counsel; (3) Awarding A Service Award To The Representative Plaintiff; And (4) Awarding Reimbursement Of Settlement Administration Costs. Defendant MTC Holsters, LLC d/b/a Crossbreed Holsters does not oppose this Motion. For the reasons set forth in the accompanying Suggestions in Support, Plaintiff respectfully requests that the Court enter the proposed Final Approval Order submitted contemporaneously herewith.

1

Dated: January 31, 2025                    Respectfully Submitted,

By: */s/ Laura Van Note*
Laura Van Note, Esq., MO# 66292
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email:    lvn@colevannote.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/Laura Grace Van Note
Laura Grace Van Note, Esq.